**88-1824.** State v. Hartley. *Medina County,* No. 1701. On motion for leave to file

memorandum in support instanter. Motion granted.